cal kmw

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| WILLIAM ERWIN, | ) | Civil No.05cv1244 BEN (AJB) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Order Following Settlement Status Conference |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, and DOES 1 through 20, inclusive, | ) ) ) | |
| Defendants. | ) | |

On November 20, 2006, the Court convened a Settlement Status Conference in the above entitled action. Appearing for Plaintiff were James Byrnes, Esq. and Bill Erwin. Appearing for Defendant was Assistant US Attorney, Tom Reeve.

The case settled in its entirety at the conference. The settlement is binding and judicially enforceable. Defense counsel will prepare the settlement documents and forward them to Plaintiff's counsel for review, approval and signature by the Plaintiff.

A Settlement Disposition Conference will be held *January 19, 2007*, at *9:00 a.m.* in the chambers of Judge Battaglia. Counsel and all parties *shall appear in person* unless a signed joint motion for dismissal of this case is filed and **a copy of the signed joint motion is provided to the chambers of Judge Battaglia** *(via e:mail at efile_battaglia@casd.uscourts.gov* **no less**

///

///

**than 24 hours prior to the scheduled conference**.  **Monetary sanctions shall be imposed for failure to comply with this order**.

IT IS SO ORDERED.

DATED:  November 21, 2006

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court