# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ERWIN,<br><br>　　　　　Plaintiff,<br>　　v.<br>DEPARTMENT OF VETERAN AFFAIRS; and DOES 1 THROUGH 20, INCLUSIVE,<br>　　　　　Defendants. | Civil No. 05 cv 1244 BEN (AJB)<br><br>**ORDER OF DISMISSAL**<br>(with brief retention of jurisdiction) |

Upon joint motion of the parties who have settled this matter and for good cause shown, this matter is dismissed, with prejudice.

As payment has not yet been received by Plaintiff, the Court will retain limited jurisdiction to enforce the settlement for ninety (90) days from the date of the this Order, pursuant to <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 114 S. Ct. 1673 (1994). Unless otherwise ordered, at the end of 90 days this matter will be fully and completely dismissed with prejudice.

Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

DATED: February 17, 2007

_____
Hon. Roger T. Benitez
United States District Judge

05cv1244 BEN (AJB)